LAW OFFICES
# SPERBER DENENBERG & KAHAN, P.C.

STEVEN B. SPERBER
SETH DENENBERG
ERIC H. KAHAN
JACQUELINE HANDEL-HARBOUR*

ROMINA A. BENZAKARYA
ROSS GILMORE
JAMES C. MANTIA
ERIC M. SABLE
CHRISTOPHER TUCKER

*MEMBER OF THE NEW YORK, CALIFORNIA, PENNSYLVANIA AND WASHINGTON D.C. BARS

48 WEST 37TH STREET
SIXTEENTH FLOOR
NEW YORK, NY 10018

(917) 351-1335
FAX: (917) 351-1303

www.sdkpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/01/13

May 1, 2013

*Via e-mail: schofield_nysdchambers@nysd.uscourts.gov*

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   Todd Kreisler v. Fresco Bagel, LLC. and
      350 E. 67th Associates
      Case Number: 13 CIV1645 (LGS)

Dear Judge Schofield:

Please be advised that I have been retained today by Defendant, 350 E. 67th St. Associates, in the above referenced matter. My retention is subject to substitution if it be determined that my clients insurance carrier will defend.

I respectfully request an extension of time to answer the complaint and to reschedule the initial conference, set for May 6, 2013 at 3:30 p.m., so as to afford me time to familiarize myself with the case and hear from my client's insurance carrier. I have spoken to Plaintiff's counsel, Adam Shore and co-defendant counsel, David Wrubel and each consent to my request. We request May 16th, 17th, 21st in the morning, or the 23rd, or such later date as is convenient for the Court. This is our first request for an adjournment and an extension.

Your prompt reply is requested.

The conference is adjourned to May 16, 2013 at 11:30 AM. Dated: May 1, 2013

SO ORDERED
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully yours,

SPERBER DENENBERG & KAHAN, P.C.

By: Steven B. Sperber

SBS:jr
cc: David Wrobel, Esq. *Via e-mail*
& Adam Schore, Esq. *Via e-mail*

W:\STEVE'S MASTER\Jackie-2013ltrs\honlaraschofield_ltr.wpd