UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TODD KREISLER,

                      Plaintiff,

-against-

FRESCO BAGEL, LLC, d/b/a FRESCO BAGEL,
and 350 E. 67 ST. ASSOC.,

                      Defendants.
-------------------------------------------------------------------X

Index No. 13-CV-1645

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Wrobel Schatz & Fox LLP hereby appears in the above-captioned matter on behalf of defendant Fresco Bagel, LLC, d/b/a Fresco Bagel, and requests that all notices and papers required to be given in the matter be served upon undersigned counsel. This Notice of Appearance is without prejudice to, and shall not be deemed a waiver or forfeiture of, any rights or defenses concerning this matter, all of which are expressly reserved.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 10, 2013

WROBEL SCHATZ & FOX LLP

By: _____
David C. Wrobel (DW-5242)
1040 Avenue of the Americas, 11th Floor
New York, New York 10018
Tel: (212) 421-8100
*Attorneys for Defendant Fresco Bagel, LLC*